IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN TEBBETTS and<br>CYNTHIA INGRAM TEBBETTS,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF<br>ALABAMA; CARECORE NATIONAL,<br>LLC and JANE DOE 1-10,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  2:07-cv-00925-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 F. R. Civ. P., and the provisions of the Middle District of Alabama General Order No. 3047, Blue Cross and Blue Shield of Alabama advises that it has no parent companies, subsidiaries, affiliates, partnership, joint ventures, debtors, committee or other entities reportable under the aforesaid rule and order.

DATED this 17th day of October, 2007.

                                              s/Cavender C. Kimble
                                              Cavender C. Kimble
                                              Leigh Anne Hodge
                                              Attorneys for Blue Cross and Blue Shield of Alabama

936501.1

**OF COUNSEL:**
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5860
E-mail: ckimble@balch.com

## **CERTIFICATE OF SERVICE**

    I certify that on 17th day of October, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to that person whose electronic address is listed below:

M. Clayborn Williams
Thomas O. Sinclair
Jennifer C. Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR
    & WILLIAMS, P.C.
2100-A Southbridge Parkway, Suite 450
Birmingham, Alabama  35209

Bruce Rogers
Rebecca Eubanks
BAINBRIDGE, MIMS, ROGERS
    & SMITH, LLP
415 The Luckie Building
600 Luckie Drive
P.O. Box 530886
Birmingham, AL  35223

                                              s/Cavender C. Kimble
                                              OF COUNSEL