IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVID ALLEN TEBBETTS and CYNTHIA INGRAM TEBBETTS,** ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case Number 2:07-cv-00925-MEF |
| **BLUE CROSS BLUE SHIELD OF ALABAMA; CARECORE NATIONAL, LLC; and JANE DOE 1-10,** ) ) ) ) ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW CareCore National, LLC ("CareCore"), a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

The following entities and their relationship to the party are hereby reported:

1

| Reportable Entity | Relationship to Party |
|---|---|
| CareCore Management, Inc. | Subsidiary |
| CareCore Cardiology Management, LLC | Affiliate |
| CareCore Radiation Therapy Management, LLC | Affiliate |
| CareCore Properties, LLC | Affiliate |
| CCN IPA, Inc. | Subsidiary |
| CCN IPA-M, LLC | Subsidiary |
| CCN-HI IPA, LLC | Subsidiary |
| CCN-WNY IPA, LLC | Subsidiary |
| CareCore NJ, LLC | Subsidiary |
| Donald R. Ryan | Member, CareCore Management Committee; Member, CareCore |
| Joel Canter, M.D. | Member, CareCore Management Committee; Member, CareCore |
| Andrew Litt, M.D. | Member, CareCore Management Committee; Member, CareCore |
| James Chang, M.D. | Member, CareCore Management Committee; Member, CareCore |
| William Wortman, M.D. | Member, CareCore Management Committee; Member, CareCore |
| Richard B. Weininger, M.D. | Member, CareCore Management Committee; Member, CareCore |

| | |
|---|---|
| Steve Lieberman | Member, CareCore Management Committee; Member, CareCore |
| Jon Glaudemans | Member, CareCore Management Committee; Member, CareCore |
| Adirondack Radiology Associates, P.C. | Member |
| Advanced Radiological Imaging-Astoria, P.C. | Member |
| Bay Ridge Medical Imaging, P.C. | Member |
| Bernanbaum, Khilnani, Neistadt, et al. | Member |
| C.P. Radiology, P.C. | Member |
| Cyber Imaging, PLLC | Member |
| Diagnostic Imaging Associates, P.C. | Member |
| Diagnostic Radiology Associates, P.C. | Member |
| Drucker, Genuth, & Augenstein | Member |
| East River Medical Imaging, P.C. | Member |
| Greater Long Island Radiology | Member |
| IDE Imaging Group, P.C. | Member |
| Maimonides Radiology Associates, P.C. | Member |
| Maklansky, Grunther, Kurzban, Hyman | Member |
| Montefiore Radiology Associates | Member |
| Mt. Sinai Medical Center | Member |

| | |
|---|---|
| Nassau Radiological Group, P.C. | Member |
| New Rochelle Radiology Associates, P.C. | Member |
| NYH-CUMC Radiology Group | Member |
| NYU Faculty Practice Radiology | Member |
| Phelps Radiology Associates | Member |
| Radiologic Associates, P.C. | Member |
| Radiological Associates of Long Island, P.C. | Member |
| Radiological Health Services, P.C. | Member |
| Radiology Associates of Main Street, P.C. | Member |
| Ramapo Radiology Associates, P.C. | Member |
| Regional Imaging & Therapeutic | Member |
| Rochester Radiology Associates | Member |
| Schenectady Radiologists, P.C. | Member |
| St. John's Radiological Associates, LLP | Member |
| St. Joseph's Imaging Associates | Member |
| The Medical Imaging Center | Member |
| Ulster Radiologic Associates, P.C. | Member |
| University Imaging & Medical Associates, P.C. | Member |

| | |
|---|---|
| West Side Radiology Associates, P.C. | Member |
| White Plains Radiology Associates, P.C. | Member |
| Zwanger-Pesiri Radiology Group | Member |
| Beverly Canter | Member |
| Chang Family Trust | Member |
| Craig Youner | Member |
| Deborah Calimano-Schmitt | Member |
| Douglas K. Tardio | Member |
| ERMI Investors Group LLC | Member |
| H. Dirk Sostman | Member |
| James Saxon | Member |
| Jon Marsicano | Member |
| Kathleen Oelschlager | Member |
| Kevin Offel | Member |
| Kevin Ryan | Member |
| Lisa Gajdos | Member |
| Madhuri Kirpekar | Member |
| Main I Investments, LLC | Member |
| Marilyn Schaffer | Member |

| | |
|---|---|
| Michael Abiri | Member |
| Michael Briggs | Member |
| Michael Komarow | Member |
| Mike Joslin | Member |
| New York University Imaging | Member |
| Shahrokh Abiri | Member |
| Shelley Weiner | Member |
| Victoria Chang | Member |
| William B. Tausig | Member |
| William G. Wolff | Member |

DATED: October 18, 2007

   /s/ Bruce F. Rogers
Bruce F. Rogers
Rebecca C. Eubanks
Attorneys for CareCore National, LLC
BAINBRIDGE, MIMS, ROGERS & SMTIH, LLP
The Luckie Building, Suite 415
600 Luckie Drive (35223)
Post Office Box 530886
Birmingham, Alabama 35253
Telephone:  205-879-1100
Facsimile:  205-879-4300
E-Mail:      brogers@bainbridgemims.com
             reubanks@bainbridgemims.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Clayborn Williams
Thomas O. Sinclair
Jennifer C. Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS, P.C.
2100-A Southbridge Parkway, Suite 450
Birmingham, Alabama 35209

Cavender C. Kimble
Leigh Anne Hodge
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

                                    /s/ Bruce F. Rogers
                                    Of Counsel