IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVID ALLEN TEBBETTS and CYNTHIA INGRAM TEBBETTS,** )<br>)<br>) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case Number 2:07-cv-00925-MEF |
| ) | |
| **BLUE CROSS BLUE SHIELD OF ALABAMA; CARECORE NATIONAL, LLC; and JANE DOE 1-10,** )<br>)<br>)<br>) | |
| ) | |
| **Defendants.** ) | |

### MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT AND <u>MOTION TO STRIKE JURY DEMAND</u>

COMES NOW defendant CareCore National, LLC ("CareCore"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby joins in defendant Blue Cross and Blue Shield of Alabama's Motion to Dismiss Plaintiffs' Complaint or, in the Alternative, Motion for Summary Judgment and Motion to Strike Jury Demand, and Blue Cross and Blue Shield of Alabama's Brief in Support thereof. As grounds for this motion, CareCore adopts and incorporates the arguments asserted by Blue Cross and Blue Shield of Alabama ("Blue Cross") in their motion and supporting brief, including the arguments that plaintiffs' Complaint is due to be dismissed, or alternatively, that defendants are entitled to summary judgment, because all of

plaintiffs' claims are governed by the Employee Retirement Income Security Act of 1974 ("ERISA") and are preempted in their entirety.  *See* 29 U.S.C. §§ 1132, 1144.  Also, plaintiffs' jury demand is due to be stricken because jury trials are not available in this circuit for ERISA-governed claims.

WHEREFORE, THE PREMISES CONSIDERED, CareCore respectfully requests that this Court enter an Order dismissing plaintiff's Complaint, or alternatively, that this Court enter a summary judgment in favor of defendants.  CareCore also requests that plaintiffs' jury demand be stricken.  CareCore does not oppose this Court granting plaintiffs leave to replead a claim for relief under ERISA.

Respectfully submitted,

  /s/ Bruce F. Rogers
Bruce F. Rogers
Rebecca C. Eubanks
Attorneys for CareCore National, LLC
BAINBRIDGE, MIMS, ROGERS & SMTIH, LLP
The Luckie Building, Suite 415
600 Luckie Drive (35223)
Post Office Box 530886
Birmingham, Alabama 35253
Telephone:  205-879-1100
Facsimile:   205-879-4300
E-Mail:      brogers@bainbridgemims.com
             reubanks@bainbridgemims.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Clayborn Williams
Thomas O. Sinclair
Jennifer C. Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS, P.C.
2100-A Southbridge Parkway, Suite 450
Birmingham, Alabama 35209

Cavender C. Kimble
Leigh Anne Hodge
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

                                      /s/ Bruce F. Rogers
                                      Of Counsel