IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN TEBBETTS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-925-MEF |
| ) | |
| BLUE CROSS BLUE SHIELD OF ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss Plaintiffs' Complaint or, in the Alternative, Motion for Summary Judgment and Motion to Strike Jury Demand (Doc. #5) filed on October 22, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on November 15, 2007.

It is further ORDERED that the plaintiffs file a response which shall include a brief and any evidentiary materials on or before November 8, 2007. The defendant may file a reply brief on or before November 15, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this 24th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE