IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN TEBBETTS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-925-MEF |
| ) | |
| BLUE CROSS BLUE SHIELD OF ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #9) filed on October 24, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before November 8, 2007. The plaintiffs may file a reply brief on or before November 15, 2007.

DONE this 24th day of October, 2007.

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE