IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVID ALLEN TEBBETTS and CYNTHIA INGRAM TEBBETTS,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case Number 2:07-cv-00925-MEF ) |
| **BLUE CROSS BLUE SHIELD OF ALABAMA; CARECORE NATIONAL, LLC; and JANE DOE 1-10,** | ) ) ) ) ) |
| Defendants. | ) |

**JOINDER IN BLUE CROSS AND BLUE SHIELD OF ALABAMA'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

COMES NOW defendant CareCore National, LLC ("CareCore"), and hereby joins in defendant Blue Cross and Blue Shield of Alabama's Brief in Opposition to Plaintiffs' Motion to Remand. As grounds for this opposition, CareCore adopts and incorporates the arguments asserted by Blue Cross and Blue Shield of Alabama ("Blue Cross"), including the arguments that this case is properly before this Court because plaintiffs' claims are preempted by ERISA since Ms. Tebbetts's employer established and maintained an employee welfare benefits plan for the benefit of its employees, including Ms. Tebbetts, and because Blue Cross's Notice of Removal complied with the procedural requirements of 28 U.S.C. § 1446(a).

WHEREFORE, THE PREMISES CONSIDERED, CareCore respectfully requests that Plaintiffs' Motion to Remand be denied.

        Respectfully submitted,

        /s/ Rebecca C. Eubanks
Bruce F. Rogers
Rebecca C. Eubanks
Attorneys for CareCore National, LLC
BAINBRIDGE, MIMS, ROGERS & SMTIH, LLP
The Luckie Building, Suite 415
600 Luckie Drive (35223)
Post Office Box 530886
Birmingham, Alabama 35253
Telephone: 205-879-1100
Facsimile: 205-879-4300
E-Mail: brogers@bainbridgemims.com
reubanks@bainbridgemims.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on November 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Clayborn Williams
Thomas O. Sinclair
Jennifer C. Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS, P.C.
2100-A Southbridge Parkway, Suite 450
Birmingham, Alabama 35209

Cavender C. Kimble
Leigh Anne Hodge
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

            /s/ Rebecca C. Eubanks
            Of Counsel