IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVID ALLEN TEBBETTS and CYNTHIA INGRAM TEBBETTS,** )<br>)<br>) | |
| **Plaintiffs,** )<br>) | |
| v. )<br>) | |
| ) | CIVIL ACTION NO. 2:07-CV-925 |
| **BLUE CROSS BLUE SHIELD OF ALABAMA; CARECORE NATIONAL, LLC; and DOE DEFENDANTS 1-10,** )<br>)<br>)<br>) | |
| **Defendants.** )<br>) | |

**NOTICE OF FILING OF ADDITIONAL STATE COURT DOCUMENTS**

PLEASE TAKE NOTICE that Defendant Blue Cross Blue Shield of Alabama has filed in supplementation to its Notice of Removal the attached AlaCourt Alabama SJIS case detail and documents related to the returns on service in the state court.

        s/Cavender C. Kimble
        Cavender C. Kimble
        Leigh Anne Hodge
        Attorneys for Blue Cross and Blue Shield of Alabama

**OF COUNSEL:**
Cavender C. Kimble
ckimble@balch.com
Leigh Anne Hodge
lhodge@balch.com
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5860

942205.1

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of November, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

M. Clayborn Williams
Thomas O. Sinclair
Jennifer C. Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR
    & WILLIAMS, P.C.
2100-A Southbridge Parkway, Suite 450
Birmingham, Alabama  35209

Bruce Rogers
Rebecca Eubanks
BAINBRIDGE, MIMS, ROGERS
    & SMITH, LLP
415 The Luckie Building
600 Luckie Drive
P.O. Box 530886
Birmingham, AL  35223

                                            s/Cavender C. Kimble
                                            OF COUNSEL



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
DAVID ALLEN TEBBETTS ET AL v. BLUE CROSS BLUE SHIELD OF ALABAMA ET AL

03-CV-2007-900620.00

To: CLERK MONTGOMERY
clerk.montgomery@alacourt.gov

**TOTAL POSTAGE PAID FOR CERTIFIED MAIL: $13.58**

Parties to be served by **Certified Mail - Return Receipt Requested**

BLUE CROSS BLUE SHIELD OF ALABAMA                    Postage: $6.79
C/O A. G. TILL, REG. AG.
450 RIVERCHASE PARKWAY E.
BIRMINGHAM, AL 35244

CARECORE NATIONAL, LLC                               Postage: $6.79
169 MYERS CORNERS ROAD
WAPPINGER FALLS, NY 12590

Parties to be served by **Certified Mail - Restricted Delivery - Return Receipt Requested**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

CV-07-900620

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 6.79
Recipient's Name (Please Print Clearly) (to be completed by mailer)
Blue Cross Blue Shield of Alabama
Street, Apt. No.; or PO Box No. C/O A.G. Till, Reg. Ag.
450 Riverchase Parkway E.
City, State, ZIP+4  Birmingham AL 35244
PS Form 3800, February 2000           See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

CV-07-900620

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 6.79
Recipient's Name (Please Print Clearly) (to be completed by mailer)
Carecore National, LLC
Street, Apt. No.; or PO Box No.
169 Myers Corners Road
City, State, ZIP+4  Wappinger Falls, NY 12590
PS Form 3800, February 2000           See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Terry Lynn  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): T Lyons   C. Date of Delivery: 9/17/07 |
| 1. Article Addressed to:<br>Blue Cross Blue Shield<br>of Alabama<br>c/o A. G. Till, Reg. Ag.<br>450 Riverchase Pkwy E.<br>Birmingham, AL 35244 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>CV-07-900620-A1 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number (Transfer from service label)<br>7099 3400 0017 6426 9535 | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  CareCore National Reception | ☐ Agent<br>☐ Addressee | |
| | B. Received by (Printed Name)<br>00 212225 | C. Date of Delivery<br>9/17 | |
| 1. Article Addressed to:<br><br>Carecore National, LLC<br>169 Myers Corners Road<br>Wappinger Falls, NY<br>        12590 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>CV-07-900620-A2 | | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | | |
| 2. Article Number<br>(Transfer from service label)    7099 3400 0017 6426 9528 | | | |
| PS Form 3811, February 2004     Domestic Return Receipt | | | 102595-02-M-1540 |



**AlaFile E-Notice**

03-CV-2007-900620.00
Judge: TRUMAN M HOBBS

To: WILLIAMS MILES CLAYBORN
cwilliams@cgl-law.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DAVID ALLEN TEBBETTS ET AL V. BLUE CROSS BLUE SHIELD OF ALABAMA ET AL
03-CV-2007-900620.00

The following matter was served on 9/17/2007

**D001 BLUE CROSS BLUE SHIELD OF AL**
**CERTIFIED MAIL**

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950



# AlaFile E-Notice

03-CV-2007-900620.00
Judge: TRUMAN M HOBBS

To:  WILLIAMS MILES CLAYBORN
cwilliams@cgl-law.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DAVID ALLEN TEBBETTS ET AL V. BLUE CROSS BLUE SHIELD OF ALABAMA ET AL
03-CV-2007-900620.00

The following matter was served on 9/17/2007

**D002 CARECORE NATIONAL, LLC**
**CERTIFIED MAIL**

MELISSA RITTENOUR
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950

# ALABAMA SJIS CASE DETAIL

**Company Name: BALCH & BINGHAM LLP**   **PREPARED FOR: KAREN MAY**



County: 03    Case Number: **CV 2007 900620 00**    Court Action:
Style: **DAVID ALLEN TEBBETTS ET AL V. BLUE CROSS BLUE SHIELD OF ALABAMA ET AL**

## Case

### Case Information
| | |
|---|---|
| County: | 03 - MONTGOMERY |
| Case Number: | CV 2007 900620 00 |
| JID: | TMH TRUMAN M HOBBS |
| Trial: | J |
| Style: | DAVID ALLEN TEBBETTS ET AL V. BLUE CROSS BLUE SHIELD OF ALABAMA ET AL |
| Filed: | 09/10/2007 |

### Case Type
| | |
|---|---|
| Code: | TBFM |
| Type: | BAD FAITH/FRAUD/MISR |
| Track: | |
| Status: | A |
| Plaintiffs: | 002 |
| Defendants: | 002 |

### Court Action
| | |
|---|---|
| DJID: | |
| Court Action: | |
| Judgment For: | |
| Trial days: | 0 |
| Lien: | 0 |

### Damages
| | |
|---|---|
| Amount: | $0.00 |
| Compensatory: | $0.00 |
| Punitive: | $0.00 |
| General: | $0.00 |
| None: | |

### Other Actions
| | | |
|---|---|---|
| Con Date: | Cont #: | Why: |
| RevJmt: | Admin Date: | Why: |
| Appeal Date: | Court: | Case: |
| Mistrial: | | |
| TBNV2: | DSDT: | DTYP: |

### Comments
Comment 1:
Comment 2:

## Settings

### Court Dates
| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | | | - | |
| 2: | | | - | |
| 3: | | | - | |
| 4: | | | - | |

## Party 1 - C 001 - TEBBETTS DAVID ALLEN

### Party Information
| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Party: | C 001 | Name: | TEBBETTS DAVID ALLEN | | | | Type: | I Individual |
| Index: | Y | Alt Name: | | | | | JID: | TMH |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | | Race: | |
| Address 1: | 1552 KIMBERLY LANE | | | Address 2: | | | | |
| Phone: | 334 | City: | PRATTVILLE | State: | AL | Zip: 36066-0000 | Country: | US |
| Dock: | | Notice: | | Entered: | | | | |

### Attorneys
| | | | | | | |
|---|---|---|---|---|---|---|
| Attorney 1: | WIL283 | Name: | WILLIAMS MILES CLAYBORN | City: | BIRMINGHAM | State: AL |

| Attorney 2: | Name: | | City: | State: |
| Attorney 3: | Name: | | City: | State: |
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

### Service Information

| Issued: | Type: | Reissue: | Type: |
| Return: | Type: | Return: | Type: |
| Service: | Type: | Service On: | By: |
| Answer: | Type: | NS Not: | NA Not: |
| Warrant | Type: | Arrest: | |

### Court Action

CACT:        Date:        For        Exempt:
Amount: $0.00    Cost: $0.00    Other: $0.00    Satisfied:
Comment:

---

## Party 2 - C 002 - TEBBETTS CYNTHIA INGRAM

### Party Information

| Party: | C 002 | Name: | TEBBETTS CYNTHIA INGRAM | | | Type: | I Individual |
| Index: | Y | Alt Name: | | | | JID: | TMH |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |
| Address 1: | 1552 KIMBERLY LANE | | | Address 2: | | | |
| Phone: | 334 | City: | PRATTVILLE | State: AL | Zip: 36066-0000 | Country: | US |
| Dock: | | Notice: | | Entered: | | | |

### Attorneys

| Attorney 1: | WIL283 | Name: | WILLIAMS MILES CLAYBORN | City: | BIRMINGHAM | State: | AL |
| Attorney 2: | | Name: | | City: | | State: | |
| Attorney 3: | | Name: | | City: | | State: | |
| Attorney 4: | | Name: | | City: | | State: | |
| Attorney 5: | | Name: | | City: | | State: | |
| Attorney 6: | | Name: | | City: | | State: | |

### Service Information

| Issued: | Type: | Reissue: | Type: |
| Return: | Type: | Return: | Type: |
| Service: | Type: | Service On: | By: |
| Answer: | Type: | NS Not: | NA Not: |
| Warrant | Type: | Arrest: | |

### Court Action

CACT:        Date:        For        Exempt:
Amount: $0.00    Cost: $0.00    Other: $0.00    Satisfied:
Comment:

---

## Party 3 - D 001 - BLUE CROSS BLUE SHIELD OF ALABAMA

### Party Information

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Party: | D 001 | Name: | BLUE CROSS BLUE SHIELD OF ALABAMA | Type: | B Business |
| Index: | Y | Alt Name: | | JID: | TMH |
| SSN: | XXX-XX-X999 | DOB: | Sex: | Race: | |
| Address 1: | C/O A. G. TILL, REG. AG. | | Address 2: 450 RIVERCHASE PARKWAY E. | | |
| Phone: | 334 | City: | BIRMINGHAM | State: AL  Zip: 35244-0000 | Country: US |
| Dock: | | Notice: | | Entered: | |

### Attorneys

| | Name: | | City: | State: |
|---|---|---|---|---|
| Attorney 1: | Name: | | City: | State: |
| Attorney 2: | Name: | | City: | State: |
| Attorney 3: | Name: | | City: | State: |
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

### Service Information

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Issued: | 09/14/2007 | Type: | C Certified mail | ReIssue: | | Type: | |
| Return: | | Type: | | Return: | | Type: | |
| Service: | 09/17/2007 | Type: | C Certified Mail | Service On: | | By: | |
| Answer: | | Type: | | NS Not: | | NA Not: | |
| Warrant | | Type: | | Arrest: | | | |

### Court Action

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| CACT: | | Date: | | For | | Exempt: | |
| Amount: | $0.00 | Cost: | $0.00 | Other: | $0.00 | Satisfied: | |
| Comment: | | | | | | | |

### Party 4 - D 002 - CARECORE NATIONAL, LLC

### Party Information

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Party: | D 002 | Name: | CARECORE NATIONAL, LLC | Type: | B Business |
| Index: | Y | Alt Name: | | JID: | TMH |
| SSN: | XXX-XX-X999 | DOB: | Sex: | Race: | |
| Address 1: | 169 MYERS CORNERS ROAD | | Address 2: | | |
| Phone: | 334 | City: | WAPPINGER FALL | State: NY  Zip: 12590-0000 | Country: US |
| Dock: | | Notice: | | Entered: | |

### Attorneys

| | Name: | | City: | State: |
|---|---|---|---|---|
| Attorney 1: | Name: | | City: | State: |
| Attorney 2: | Name: | | City: | State: |
| Attorney 3: | Name: | | City: | State: |
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

### Service Information

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Issued: | 09/14/2007 | Type: | C Certified mail | ReIssue: | | Type: | |
| Return: | | Type: | | Return: | | Type: | |
| Service: | 09/17/2007 | Type: | C Certified Mail | Service On: | | By: | |
| Answer: | | Type: | | NS Not: | | NA Not: | |
| Warrant | | Type: | | Arrest: | | | |

**Court Action**

| | | | |
|---|---|---|---|
| CACT: | Date: | For: | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

### Case Action Summary - 03CV200790062000

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 09/10/2007 | 4:50:33 | EFILE | COMPLAINT E-FILED. | WIL283 |
| 09/10/2007 | 5:17:12 | EFILE | COMPLAINT - SUMMONS | |
| 09/10/2007 | 5:45:31 | FILE | FILED THIS DATE: 09/10/2007    (AV01) | AJA |
| 09/10/2007 | 5:45:32 | TDMJ | JURY TRIAL REQUESTED    (AV01) | AJA |
| 09/10/2007 | 5:45:33 | STAT | CASE ASSIGNED STATUS OF: ACTIVE    (AV01) | AJA |
| 09/10/2007 | 5:45:34 | SCAN | CASE SCANNED STATUS SET TO: N    (AV01) | AJA |
| 09/10/2007 | 5:45:35 | ASSJ | ASSIGNED TO JUDGE: TRUMAN M HOBBS JR    (AV01) | AJA |
| 09/10/2007 | 5:45:36 | ORIG | ORIGIN: INITIAL FILING    (AV01) | AJA |
| 09/10/2007 | 5:45:38 | PART | TEBBETTS DAVID ALLEN ADDED AS C001    (AV02) | AJA |
| 09/10/2007 | 5:45:39 | ATTY | LISTED AS ATTORNEY FOR C001: WILLIAMS MILES CLAYB | AJA |
| 09/10/2007 | 5:45:44 | PART | TEBBETTS CYNTHIA INGRAM ADDED AS C002    (AV02) | AJA |
| 09/10/2007 | 5:45:45 | ATTY | LISTED AS ATTORNEY FOR C002: WILLIAMS MILES CLAYB | AJA |
| 09/10/2007 | 5:45:50 | PART | BLUE CROSS BLUE SHIELD OF ALABAMA ADDED AS D001 | AJA |
| 09/10/2007 | 5:45:51 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE    (AV02) | AJA |
| 09/10/2007 | 5:45:52 | SUMM | CERTIFIED MAI ISSUED: 09/10/2007 TO D001    (AV02) | AJA |
| 09/10/2007 | 5:45:57 | PART | CARECORE NATIONAL, LLC ADDED AS D002    (AV02) | AJA |
| 09/10/2007 | 5:45:58 | ATTY | LISTED AS ATTORNEY FOR D002: PRO SE    (AV02) | AJA |
| 09/10/2007 | 5:45:59 | SUMM | CERTIFIED MAI ISSUED: 09/10/2007 TO D002    (AV02) | AJA |
| 09/14/2007 | 8:34:03 | SUMM | CERTIFIED MAI ISSUED: 09/14/2007 TO D001    (AV02) | KAR |
| 09/14/2007 | 8:34:12 | SUMM | CERTIFIED MAI ISSUED: 09/14/2007 TO D002    (AV02) | KAR |
| 10/04/2007 | 10:59:58 | SERC | SERVICE OF CERTIFIED MAI ON 09/17/2007 FOR D001 | JAG |
| 10/04/2007 | 11:00:00 | EADD | SERVICE RETURN - TRANSMITTAL | |
| 10/04/2007 | 11:00:06 | SERC | SERVICE OF CERTIFIED MAI ON 09/17/2007 FOR D002 | JAG |
| 10/04/2007 | 11:00:12 | EADD | SERVICE RETURN - TRANSMITTAL | |
| 10/15/2007 | 8:14:24 | TEXT | DEFT BCBS NOTICE OF FILING NOTICE OF REMOVAL | KAR |
| 10/15/2007 | 9:43:56 | TEXT | DEFT BCBS NOTICE OF REMOVAL | KAR |
| 10/22/2007 | 10:03:48 | TEXT | ORDER GRANTING BCBS NOTICE OF FILING NOTICE OF | REW |
| 10/22/2007 | 10:03:49 | TEXT | ....REMOVAL | REW |

**END OF THE REPORT**

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

2007 OCT 15 PM 2:38

DAVID ALLEN TEBBETTS and CYNTHIA )
INGRAM TEBBETTS, )
 )
Plaintiffs, )
 )
v. ) CIVIL ACTION NO. CV 07-900620
 )
BLUE CROSS BLUE SHIELD OF ALABAMA; )
CARECORE NATIONAL, LLC; and DOE )
DEFENDANTS 1-10, )
 )
Defendant. )

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that defendant Blue Cross and Blue Shield of Alabama, has on this date filed their notice of removal of this action from the Circuit Court of Montgomery County, Alabama, a copy of which is attached hereto, with the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division.

DATED this the 12 day of October, 2007.

_____
One of the Attorneys for Defendant,
Blue Cross Blue Shield Of Alabama

OF COUNSEL:

Cavender C. Kimble
Leigh Anne Hodge
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

GRANTED 10-19-07
_____
TRUMAN M. HOBBS, JR.
CIRCUIT JUDGE

935789.1

1

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>03-CV-2007-900620.00 |
|---|---|---|

### IN THE CIVIL COURT OF MONTGOMERY, ALABAMA
### DAVID ALLEN TEBBETTS ET AL v. BLUE CROSS BLUE SHIELD OF ALABAMA ET AL

**NOTICE TO** CARECORE NATIONAL, LLC, 169 MYERS CORNERS ROAD, WAPPINGER FALLS NY, 12590

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MILES WILLIAMS
WHOSE ADDRESS IS 2100-A SOUTHBRIDGE PARKWAY, SUITE 450, BIRMINGHAM AL, 35209

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of  DAVID ALLEN TEBBETTS
pursuant to the Alabama Rules of the Civil Procedure

9/10/2007 4:50:33 PM           /s MELISSA RITTENOUR
Date                            Clerk/Register                                      By

☑ Certified mail is hereby requested     /s MILES WILLIAMS
                                          Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                _____
Date                           Server's Signature

STATE OF ALABAMA
MONTGOMERY COUNTY
I, as Circuit Clerk, Montgomery County Circuit Court, do hereby certify that the within is a complete, true and correct copy of the _Summons_
on file in said office.
Witness my hand and the seal of said Court is hereto affixed, this the _16th_ day of _NOVEMBER_, _2007_
CIRCUIT CLERK _Melissa Rittenour_

| State of Alabama Unified Judicial System  Form C-34 Rev 6/88 | SUMMONS - CIVIL - | Case Number: 03-CV-2007-900620.00 |

## IN THE CIVIL COURT OF MONTGOMERY, ALABAMA
### DAVID ALLEN TEBBETTS ET AL v. BLUE CROSS BLUE SHIELD OF ALABAMA ET AL

**NOTICE TO** BLUE CROSS BLUE SHIELD OF ALABAMA, C/O A. G. TILL, REG. AG. 450 RIVERCHASE PARKWAY E., BIRMINGHAM AL, 35244

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MILES WILLIAMS
WHOSE ADDRESS IS 2100-A SOUTHBRIDGE PARKWAY, SUITE 450, BIRMINGHAM AL, 35209

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   DAVID ALLEN TEBBETTS
pursuant to the Alabama Rules of the Civil Procedure

9/10/2007 4:50:33 PM          /s MELISSA RITTENOUR
Date                          Clerk/Register                              By

☑ Certified mail is hereby requested    /s MILES WILLIAMS
                                        Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County, Alabama on _____

Date          Server's Signature

STATE OF ALABAMA
MONTGOMERY COUNTY
I, as Circuit Clerk, Montgomery County Circuit Court, do hereby certify that the within is a complete, true and correct copy of the _summons_ on file in said office.
Witness my hand and the seal of said Court is hereto affixed, this the _16th_ day of _November_, _2007_

CIRCUIT CLERK    /s/ Melissa Rittenour