# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DAVID ALLEN TEBBETTS and CYNTHIA INGRAM TEBBETTS,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case Number 2:07-cv-00925-MEF ) |
| **BLUE CROSS BLUE SHIELD OF ALABAMA; CARECORE NATIONAL, LLC; and JANE DOE 1-10,** | ) ) ) ) ) |
| Defendants. | ) |

## JOINDER IN BLUE CROSS AND BLUE SHIELD OF ALABAMA'S MOTION FOR LEAVE TO FILE SURREPLY BRIEF

COMES NOW defendant CareCore National, LLC ("CareCore"), and hereby joins in defendant Blue Cross and Blue Shield of Alabama's Motion for Leave to File Surreply Brief. CareCore adopts and incorporates the arguments asserted by Blue Cross and Blue Shield of Alabama ("Blue Cross"), including the argument that the interests of justice weigh in favor of granting leave to file the surreply brief attached to Blue Cross's motion, as plaintiffs make arguments in their Reply to Defendants' Opposition to Plaintiffs' Motion to Remand that were not raised in their original Motion to Remand. CareCore further adopts and incorporates the arguments set forth in Blue Cross's Surreply to Plaintiffs' Reply to Defendants' Opposition to Plaintiff's

1

Motion to Remand, including the arguments that this case is properly before this Court because plaintiffs' claims are preempted by ERISA since Ms. Tebbetts's employer established and maintained an employee welfare benefits plan for the benefit of its employees, and that remand is not in the interest of justice because Blue Cross's Notice of Removal complied with applicable federal procedural requirements.

WHEREFORE, THE PREMISES CONSIDERED, CareCore respectfully requests that this Court grant the Motion for Leave to File Surreply Brief and direct the clerk of court to file the brief accompanying Blue Cross's motion.

Respectfully submitted,

  /s/ Rebecca C. Eubanks
Bruce F. Rogers
Rebecca C. Eubanks
Attorneys for CareCore National, LLC
BAINBRIDGE, MIMS, ROGERS & SMTIH, LLP
The Luckie Building, Suite 415
600 Luckie Drive (35223)
Post Office Box 530886
Birmingham, Alabama 35253
Telephone: 205-879-1100
Facsimile: 205-879-4300
E-Mail: brogers@bainbridgemims.com
reubanks@bainbridgemims.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Clayborn Williams
Thomas O. Sinclair
Jennifer C. Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS, P.C.
2100-A Southbridge Parkway, Suite 450
Birmingham, Alabama 35209

Cavender C. Kimble
Leigh Anne Hodge
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

                                              /s/ Rebecca C. Eubanks
                                              Of Counsel