IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN TEBBETTS and CYNTHIA INGRAM TEBBETTS,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ALABAMA; CARECORE NATIONAL, LLC; and DOE DEFENDANTS 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:07-CV-925<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Robin Franco of Balch & Bingham LLP, gives notice of her appearance as additional counsel of record for Defendant Blue Cross and Blue Shield of Alabama in the above captioned matter.

s/ Robin Franco
Cavender C. Kimble
Leigh Anne Hodge
Robin Franco
Attorneys for Blue Cross and Blue Shield of Alabama

OF COUNSEL:
Cavender C. Kimble
ckimble@balch.com
Leigh Anne Hodge
lhodge@balch.com
Robin Franco
rfranco@balch.com
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5860

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

M. Clayborn Williams
Thomas O. Sinclair
Jennifer C. Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR
& WILLIAMS, P.C.
2100-A Southbridge Parkway, Suite 450
Birmingham, Alabama  35209

Bruce Rogers
Rebecca Eubanks
BAINBRIDGE, MIMS, ROGERS
& SMITH, LLP
415 The Luckie Building
600 Luckie Drive
P.O. Box 530886
Birmingham, AL  35223

                                                 s/ Robin Franco
                                                 OF COUNSEL