UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVID ALLEN TEBBETTS and** ) <br> **CYNTHIA INGRAM TEBBETTS** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **BLUE CROSS BLUE SHIELD OF** ) <br> **ALABAMA and CARECORE** ) <br> **NATIONAL, LLC** ) <br> ) <br>     **Defendants.** ) | Case Number: 2:07-cv-00925-MEF |

## PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff, David Allen Tebbetts, pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 and states as follows:

Plaintiff has no reportable relationships.

                                                Respectfully submitted,


                                                /s/ Jenifer Champ Wallis
                                                Jenifer Champ Wallis
                                                Attorney for Plaintiff


OF COUNSEL:
Jenifer Champ Wallis
Thomas O. Sinclair
M. Clayborn Williams
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
Ph:    (205) 803-0051
Fax:   (205) 803-0053

E-mail:  jwallis@cgl-law.com
E-mail:  tsinclair@cgl-law.com
E-mail:  cwilliams@cgl-law.com


## **CERTIFICATE OF SERVICE**

     I hereby certify that I have on this the 29th day of November, 2007, served a copy of the foregoing on all attorneys of record by placing a copy of same in the United States mail, postage prepaid, and properly addressed as follows:

Cavender C. Kimble
Leigh Anne Hodge
Robin Amy Franco
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL  35201-0306

Bruce F. Rogers
Rebecca C. Eubanks
BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
Post Office Box 530886
Birmingham, Alabama 35253

                                                      /s/ Jenifer Champ Wallis
                                                      Of Counsel